UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>THYSONE RONALD SMITH,<br><br>a/k/a "Tighty" | Crim. No. 07-743-02 |

FILED

AUG 3 1 2009

MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

### ORDER

On this __28__th day of August, 2009, upon consideration of defendant Thysone Smith's Motion for Judgment of Acquittal on Count Three of the Superseding Indictment, and the arguments of counsel presented on the record on February 27, 2009 and on March 3, 3009 and in briefing to the court, it is hereby ORDERED that, for the reasons expressed in the accompanying opinion, defendant's motion is **GRANTED**.

BY THE COURT:

_____
Pollak, J.